[No. 25605-7-III.    Division Three.    January 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE FERNANDO MADRIGAL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01202-9, Vic L. VanderSchoor, J., entered September 20, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik, J., and Stephens, J. Pro Tem.

[Nos. 25765-7-III; 25839-4-III.    Division Three.    January 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDIS LAVELLE WILSON, *Appellant*.

*In the Matter of the Personal Restraint of* ARDIS LAVELLE WILSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02349-9, Neal Q. Rielly, J., entered December 12, 2006, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Stephens, J. Pro Tem.

[No. 56712-8-I.    Division One.    January 28, 2008.]

*In the Matter of the Personal Restraint of* DESHON CORSEY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Dwyer, J.

[No. 58069-8-I.    Division One.    January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON DAVID KINZER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07325-6, Palmer Robinson, J., entered April 13, 2006. *Affirmed* by unpublished per curiam opinion.